UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WILLIAM NANCE, | ) |
| Petitioner, | ) ) ) |
| vs. | ) 1:10-cv-1399-LJM-TAB |
| DONNA R. CARNEYGEE. | ) ) ) |
| Respondent. | ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 03/25/2011

Laura Briggs, Clerk
United States District Court

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

By: Deputy Clerk

Distribution:

William Nance
No. 105514
Correctional Industrial Facility
5124 W. Reformatory Road
Pendleton, IN 46064

pamela.moran@atg.in.gov